No. 11–1205.   BUSH ET UX. *v.* SLAGH ET AL., 566 U. S. 1022;

No. 11–1238.   PETTERS *v.* UNITED STATES, 566 U. S. 990;

No. 11–1299.   CALABRESE *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES; CALABRESE *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES; CALABRESE *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.; CALABRESE *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES; CALABRESE *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES; and CALABRESE *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ante,* p. 917;

No. 11–1345.   HENDRICKSON *v.* UNITED STATES, *ante,* p. 906;

No. 11–1354.   DEE *v.* MAINE, *ante,* p. 918;

No. 11–1356.   MEMORYLINK CORP. *v.* MOTOROLA, INC., ET AL., 566 U. S. 1035;

No. 11–8335.   PIERRE ET AL. *v.* HOLDER, ATTORNEY GENERAL, *ante,* p. 918;

No. 11–8630.   MIRANDA *v.* HOREL, WARDEN, 566 U. S. 926;

No. 11–8780.   FRANCIS *v.* STANDIFIRD, WARDEN, 566 U. S. 944;

No. 11–9085.   QAZZA *v.* CITY OF ORANGE, CALIFORNIA, ET AL., 566 U. S. 992;

No. 11–9150.   POINTER *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, 566 U. S. 993;

No. 11–9156.   WALTERS *v.* KIDS ARE US LEARNING CENTERS, INC., 566 U. S. 994;

No. 11–9208.   GARCIA *v.* SMALL, WARDEN, 566 U. S. 995;

No. 11–9269.   HONESTO *v.* BROWN, GOVERNOR OF CALIFORNIA, ET AL., 566 U. S. 997;

No. 11–9274.   BYRD *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL., 566 U. S. 997;

No. 11–9327.   IN RE DURSCHMIDT, 566 U. S. 985;

No. 11–9365.   LAROCHE *v.* MARYLAND DEPARTMENT OF LABOR, LICENSING AND REGULATION, ET AL., 566 U. S. 1013;

No. 11–9379.   FENNELL *v.* CALIFORNIA REPUBLICAN PARTY ET AL., 566 U. S. 1013;

No. 11–9451.   HILL *v.* MUWWAKKIL, 566 U. S. 1023;

No. 11–9477.   SATTERFIELD *v.* JOHNSON ET AL., 566 U. S. 1024;

No. 11–9508.   KENDRICK *v.* UNION BAPTIST CHURCH ET AL., 566 U. S. 1024;

No. 11–9556. AGIM *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 566 U. S. 1036;

No. 11–9655. DENNIS *v.* ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ET AL., 566 U. S. 1038;

No. 11–9676. IN RE JONES, 566 U. S. 973;

No. 11–9721. TRZECIAK *v.* STATE FARM FIRE & CASUALTY CO., 566 U. S. 1039;

No. 11–9746. MICHAEL *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 908;

No. 11–9778. BROWN *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 909;

No. 11–9851. KING *v.* FLORIDA PAROLE COMMISSION ET AL., *ante,* p. 909;

No. 11–9871. BALLARD *v.* UNITED STATES, 566 U. S. 1015;

No. 11–10035. GORBATOVA *v.* GAETA ET AL., 566 U. S. 1029;

No. 11–10075. THUAN HUY HA *v.* UNITED STATES, 566 U. S. 1030; and

No. 11–10226. MCKNIGHT *v.* UNITED STATES, *ante,* p. 911. Petitions for rehearing denied.

## AUGUST 14, 2012

No. 11–626. LOZMAN *v.* CITY OF RIVIERA BEACH, FLORIDA. C. A. 11th Cir. [Certiorari granted, 565 U. S. 1195.] Parties are directed, and the Solicitor General is invited, to file letter briefs addressing the following question: "The res in this putative *in rem* admiralty proceeding was sold at a judicial auction in execution of the District Court's judgment on a maritime lien and a maritime trespass claim, App. to Brief for Petitioner 9a–10a, and subsequently destroyed, Brief for Petitioner 10–11. Does either the judicial auction or the subsequent destruction of the res render this case moot?" Briefs, limited to 10 pages, are to be filed simultaneously with the Clerk and served upon opposing counsel on or before 2 p.m., Tuesday, August 28, 2012.

No. 12–5710 (12A148). HOOPER *v.* JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir.